**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CLAUDIO ADALBERTO FLORES, | No. 10-73703 |
| Petitioner, | Agency No. A094-833-722 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 24, 2013[**]

Before:    ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

Claudio Adalberto Flores, a native and citizen of El Salvador, petitions for

review of the Board of Immigrations Appeals' ("BIA") order dismissing his appeal

from an immigration judge's ("IJ") order denying his motion to reopen removal

proceedings held in absentia. We have jurisdiction under 8 U.S.C. § 1252. We

_____

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

review for abuse of discretion the denial of a motion to reopen. *Celis-Castellano v. Ashcroft*, 298 F.3d 888, 890-91 (9th Cir. 2002). We grant the petition and remand for further proceedings.

Substantial evidence does not support the IJ's findings that there was no evidence that Flores had been diagnosed with a mental health disorder or that his mental health problems prevented him from attending his hearing. The record indicates that Flores was diagnosed as psychotic but refused treatment and that he told his mother he did not have to attend his hearing. Because the IJ relied on unsupported findings in reaching the conclusion that Flores failed to establish "exceptional circumstances" excusing his failure to appear, *see* 8 U.S.C. § 1229a(b)(5)(C), we remand to the BIA for further proceedings consistent with this disposition. *See INS v. Ventura*, 537 U.S. 12, 16-18 (2002) (per curiam); *Singh v. INS*, 213 F.3d 1050, 1052 (9th Cir. 2000) (stating that "exceptional circumstances" determination requires consideration of totality of circumstances and particularized facts presented in each case).

In light of our disposition, we do not address Flores' remaining contentions.

**PETITION FOR REVIEW GRANTED; REMANDED.**